John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994
jmanninglaw@yahoo.com

Attorney for Claimant
DAVID E. JOPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT 1251 PLEASANT GROVE ROAD, RIO OSO, CALIFORNIA, SUTTER COUNTY, APN: 28-140-015 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>            Defendant. | NO. 2:11-cv-02038-JAM-DAD<br><br>APPLICATION FOR ORDER APPOINTING COUNSEL; ORDER |

David E. Jopson applies to the Court for an order appointing John R. Manning to represent him in the above case pursuant to 18 U.S.C. § 983(b)(1)(A).

Section 983, subd. (b)(1)(A) of Title 18, United States Code, provides as follows:

> If a person with standing to contest the forfeiture of property in a civil judicial forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

1

1  The property subject to this action is owned jointly by
2 David E. Jopson; Sandra L. Jopson (wife); Thomas W. Jopson
3 (brother) and Margaret S. Jopson (sister-in-law).  The property
4 is not a residence, but is several acres and contains two, large,
5 commercial greenhouse in addition to multiple "out buildings"
6 including a large shop.
7  On June 22, 2011, the Magistrate Judge determined David E.
8 Jopson was financially unable to hire counsel. The Court
9 therefore appointed John R. Manning to represent Mr. Jopson in a
10 case charging violation of 21 U.S.C. §§ 846 and 841 (a)(1)
11 (conspiracy to manufacture marijuana).  That case began with a
12 law enforcement search of the property subject to this action and
13 is presently pending before this Court as <u>United States v. David</u>
14 <u>Jopson, 2:11 CR 275 JAM</u>.
15  Accordingly, Claimant David E. Jopson respectfully requests
16 this Court authorize counsel to represent him with respect to his
17 claim.
18  A proposed order is attached for the Court's convenience.

                                          Respectfully submitted,

Dated: September 1, 2011         /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 David Jopson

2

**O R D E R**

John R. Manning is hereby authorized to represent David E. Jopson in case no. 2:11-cv-02038-JAM-DAD, pursuant to 18 U.S.C. § 983(b).

IT IS SO ORDERED.

Dated: September 9, 2011            /s/ John A. Mendez
                                    HON. John A. Mendez
                                    United States District Judge