1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           ) 2:11-CV-02038-JAM-DAD
                                       )
12          Plaintiff,                 )
                                       )
13     v.                              ) STIPULATION FOR EXTENSION
                                       ) OF STAY OF FURTHER
14 REAL PROPERTY LOCATED AT 1251       ) PROCEEDINGS AND PROPOSED
   PLEASANT GROVE ROAD, RIO OSO,       ) ORDER
15 CALIFORNIA, SUTTER COUNTY,          )
   APN: 28-140-015 INCLUDING ALL       )
16 APPURTENANCES AND IMPROVEMENTS      )
   THERETO,                            )
17                                     )
            Defendant.                 )
18 _____)

19

20      The United States of America and claimants Thomas Wesley

21 Jopson and David E. Jopson by and through their respective

22 counsel, hereby submit the following Request for Extension of

23 Stay of Further Proceedings and Proposed Order.

24      This matter was stayed on May 1, 2012 pending the outcome of

25 a related criminal case against claimants Thomas W. Jopson and

26 David E. Jopson, Case No. 2:11-CR-00275-JAM.  The parties

27 understand that the status conference in the criminal action is

28 presently scheduled for October 16, 2012.  For this reason, the

parties request that the stay be extended for a period of six months to March 1, 2013.

At that time, the parties will advise the court of the status of the criminal cases and will advise the court whether a further stay is necessary.

Dated: 8/21/12                           BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney

Dated: 8/20/12                      By:  /s/ William J. Portanova
                                         WILLIAM J. PORTANOVA
                                         Attorney for Claimant
                                         Thomas Wesley Jopson

Dated: 8/16/12                      By:  /s/ John Richard Manning
                                         JOHN RICHARD MANNING
                                         Attorney for Claimant
                                         David E. Jopson

                                         (Authorized by email)

**ORDER**

For the reasons set forth above, this matter is stayed for six months. On or before March 1, 2013, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: 8/22/2012              /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Court Judge