1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) 2:11-CV-02038-JAM-DAD
                                     )
12            Plaintiff,             )
                                     )
13       v.                          ) STIPULATION FOR EXTENSION
                                     ) OF STAY OF FURTHER
14  REAL PROPERTY LOCATED AT 1251    ) PROCEEDINGS AND PROPOSED
    PLEASANT GROVE ROAD, RIO OSO,    ) ORDER
15  CALIFORNIA, SUTTER COUNTY,       )
    APN: 28-140-015 INCLUDING ALL    )
16  APPURTENANCES AND IMPROVEMENTS   )
    THERETO,                         )
17                                   )
              Defendant.             )
18  _____ )

19

20      The United States of America and claimants Thomas Wesley

21  Jopson and David E. Jopson by and through their respective

22  counsel, hereby submit the following Request for Extension of

23  Stay of Further Proceedings and Proposed Order.

24      This matter was stayed on May 1, 2012 pending the outcome of

25  a related criminal case against claimants Thomas W. Jopson and

26  David E. Jopson, Case No. 2:11-CR-00275-JAM.  The parties

27  understand that the status conference in the criminal action is

28  presently scheduled for October 16, 2012.  For this reason, the

                          1         Stipulation for Extension of Stay
                                    of Further Proceedings

1  parties request that the stay be extended for a period of six

2  months to March 1, 2013.

3       At that time, the parties will advise the court of the

4  status of the criminal cases and will advise the court whether a

5  further stay is necessary.

6

7  Dated: 8/21/12 _____          BENJAMIN B. WAGNER
                                         United States Attorney
8

9
                                   By:  /s/ Kevin C. Khasigian
10                                      KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney
11

12 Dated: 8/20/12 ___          By:  /s/ William J. Portanova
                                    WILLIAM J. PORTANOVA
13                                  Attorney for Claimant
                                    Thomas Wesley Jopson
14

15 Dated: 8/16/12 ___          By:  /s/ John Richard Manning
                                    JOHN RICHARD MANNING
16                                  Attorney for Claimant
                                    David E. Jopson
17
                                    (Authorized by email)
18

19                        **ORDER**

20      For the reasons set forth above, this matter is stayed for

21 six months.  On or before March 1, 2013, the parties will advise

22 the Court whether a further stay is necessary.

23      IT IS SO ORDERED.

24
   Dated: 8/22/2012            /s/ John A. Mendez
25                             JOHN A. MENDEZ
                               United States District Court Judge
26

27

28

Stipulation for Extension of Stay
                                          of Further Proceedings