BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:11-CV-02038-JAM-DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER |
| REAL PROPERTY LOCATED AT 1251 PLEASANT GROVE ROAD, RIO OSO, CALIFORNIA, SUTTER COUNTY, APN: 28-140-015 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) |
| Defendant. | ) |

The United States of America and claimants Thomas Wesley Jopson and David E. Jopson by and through their respective counsel, hereby submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on May 1, 2012 and August 22, 2012 pending the outcome of a related criminal case against claimants Thomas W. Jopson and David E. Jopson, Case No. 2:11-CR-00275-JAM. The parties understand that the status conference in the criminal action is presently scheduled for April 16, 2013. For this reason, the parties request that the stay be extended for a period of six months to September 3, 2013.

1    At that time, the parties will advise the court of the status of the criminal
2 cases and will advise the court whether a further stay is necessary.

3

4   Dated: 2/28/13                                    BENJAMIN B. WAGNER
                                                      United States Attorney
5

6
                                              By:    /s/ Kevin C. Khasigian
7                                                    KEVIN C. KHASIGIAN
                                                     Assistant U.S. Attorney
8

9   Dated: 2/26/13                                   /s/ William J. Portanova
                                                     WILLIAM J. PORTANOVA
10                                                   Attorney for Claimant
                                                     Thomas Wesley Jopson
11                                                   (Authorized by email)

12

13  Dated: 2/28/13                                   /s/ John Richard Manning
                                                     JOHN RICHARD MANNING
14                                                   Attorney for Claimant
                                                     David E. Jopson
15                                                   (Signature retained by attorney)

16

17                                  **ORDER**

18     For the reasons set forth above, this matter is stayed for six months.  On or
19 before September 3, 2013, the parties will advise the Court whether a further stay
20 is necessary.

21     IT IS SO ORDERED.

22  Dated:   3/1/2013                                /s/ John A. Mendez
                                                     JOHN A. MENDEZ
23                                                   United States District Court Judge

24
25
26
27
28