BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-02038-JAM-DAD |
| Plaintiff, | |
| v. | STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER |
| REAL PROPERTY LOCATED AT 1251 PLEASANT GROVE ROAD, RIO OSO, CALIFORNIA, SUTTER COUNTY, APN: 28-140-015, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant, | |

The United States of America and claimants Thomas Wesley Jopson and David E. Jopson by and through their respective counsel, hereby submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on May 1, 2012, August 22, 2012, and March 1, 2013 pending the outcome of a related criminal case against claimants Thomas W. Jopson and David E. Jopson, Case No. 2:11-CR-00275-JAM. The parties understand that the trial in the criminal action is presently scheduled for December 2, 2013. For this reason, the parties request that the stay be extended for a period of six months to March 3, 2014.

1

At that time, the parties will advise the court of the status of the criminal cases and will advise the court whether a further stay is necessary.

Dated: 8/29/13								BENJAMIN B. WAGNER
									United States Attorney

							By:	/s/ Kevin C. Khasigian
									KEVIN C. KHASIGIAN
									Assistant U.S. Attorney

Dated: 8/29/13								/s/ William J. Portanova
									WILLIAM J. PORTANOVA
									Attorney for Claimant
									Thomas Wesley Jopson

Dated: 8/29/13								/s/ John Richard Manning
									JOHN RICHARD MANNING
									Attorney for Claimant
									David E. Jopson

									(Signatures authorized by email)

## ORDER

For the reasons set forth above, this matter is stayed for six months. On or before March 3, 2014, the parties will advise the Court whether a further stay is necessary.

**IT IS SO ORDERED.**

Dated: 8/29/2013							/s/ John A. Mendez
									JOHN A. MENDEZ
									United States District Court Judge