BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CV-02038-JAM-DAD |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 1251 PLEASANT GROVE ROAD, RIO OSO, CALIFORNIA, SUTTER COUNTY, APN: 28-140-015, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.   This is a civil forfeiture action against real property located at 1251 Pleasant Grove Road, Rio Oso, California, Sutter County, APN: 28-140-015 including all appurtenances and improvements thereto (hereafter "defendant property").

2.   A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on August 1, 2011, alleging that said defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

3.   On August 10, 2011, the defendant property was posted with a copy of the Complaint and Notice of Complaint.

4. Beginning on August 13, 2011, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on September 29, 2011.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

      a. David E. Jopson
      b. Thomas W. Jopson
      c. Margaret S. Jopson
      d. Sandra Lee Jopson
      e. River City Bank

6. River City Bank filed a claim alleging a lien holder interest in the defendant property and an answer to the complaint on August 19, 2011. David E. Jopson filed a claim alleging an interest in the defendant property and an answer to the complaint on October 4, 2011. Thomas W. Jopson filed a claim alleging an interest in the defendant property and an answer to the complaint on October 14, 2011. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Margaret Jopson and Sandra Jopson on October 3, 2011. Pursuant to Local Rule 540, the United States and claimants request that as part of this Final Judgment of Forfeiture, the Court enter a default judgment against the interests, if any, of Margaret Jopson and Sandra Jopson without further notice.

8. On or about July 3, 2012, a Stipulation and Order for Interlocutory Sale of Defendant Property was filed. The defendant property sold for $665,000.00 and that sale was finalized on July 18, 2012. River City Bank was paid in full through escrow. The U.S. Marshals Service received a wire transfer in the amount of $187,724.58 on July 19, 2012.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimants David E. Jopson, Thomas W. Jopson, and River City Bank and all other potential claimants who have not filed claims in this action.

3. Upon entry of this Final Judgment of Forfeiture, $169,880.58 of the $187,724.58 in U.S. Currency sub *res* in lieu of the defendant property, together with any interest that may have accrued, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), to be disposed of according to law.

4. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $17,844.00 of the $187,724.58 in U.S. Currency sub *res* in lieu of the defendant property shall be returned to claimant Thomas W. Jopson through his attorney William J. Portnova.

5. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, posting, or forfeiture of the defendant property or sub *res*. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, posting, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

6. Claimants waived any and all claim or right to interest that may have accrued on the sub *res*.

7. All parties are to bear their own costs and attorneys' fees.

8. The U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

///

///

Final Judgment of Forfeiture

CERTIFICATE OF REASONABLE CAUSE

9. Based upon the allegations set forth in the Complaint filed August 1, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting and seizure of the defendant property or sub *res*, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 21st day of March, 2014.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Final Judgment of Forfeiture